%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

UNITED NATIONAL INSURANCE COMPANY

V.

BLANDFORD CONSTRUCTION CORP., CHRISTOPHER LICKMAN, and KEN LICKMAN

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 07 CV 10303

**JUDGE CROTTY**

TO: (Name and address of Defendant)

Ken Lickman
19 Zaleski Drive
Sayreville, New Jersey, 08872-1860

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP
Attn: Michael Miranda
240 Mineola Boulevard
Mineola, New York 11501

an answer to the complaint which is served on you with this summons, within ____thirty (30)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _/s/ Marcos Quintero_

(By) DEPUTY CLERK

DATE NOV 14 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me⁽¹⁾ — DATE: 11/19/07 @ 8:05 pm

NAME OF SERVER (PRINT): Craig Venson    TITLE: Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Posted to Door after 5 attempts. Address verified by neighbor. Mailed 11/20/07

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/19/07

Signature of Server: Craig Venson

Address of Server: Box 88 Somerville NJ 08876

Attempts: 11/16/07 @ 3:00pm, 11/16/07 @ 7:45, 11/16/07 @ 9:10pm, 11/17/07 @ 9:15 Am, 11/17/07 @ 11:35 Am. There was someone home but refusing to answer door.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.