UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED NATIONAL INSURANCE COMPANY,

                        Plaintiff,

                 -against-

BLANDFORD CONSTRUCTION CORP., CHRISTOPHER LICKMAN, and KEN LICKMAN

                       Defendants.
------------------------------------------------------------x

Docket No.: 07-CV-10303
(PAC)

**DEFAULT JUDGMENT**

This action having been commenced on November 14, 2007, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on defendant Blandford Construction Corp., on November 20, 2007, upon defendants Ken Lickman and Christopher Lickman, on November 20, 2007, and proof of service having been filed on January 22, 2008, the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: that the plaintiff, United National Insurance Company, is not obligated to defend or indemnify the defendants, Blandford Construction Company, Ken Lickman, and/or Christopher Lickman, in the action entitled *152 Wooster Street Corp. vs. Tribeach Holding, LLC, 160 Wooster Street, LLC, Flintlock Construction Services, LLC, Blandford Construction Corp., and Thomas O'Hara Architects, PLLC*, under Index Number 106005/06, in the Supreme Court of the State of

New York, New York County.

Dated: New York, NY
       _____, 2008

_____
U.S.D.J.

This document was entered on the docket on

_____.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED NATIONAL INSURANCE COMPANY,   Docket No.: 07-CV-10303
                                                                        (PAC)
                Plaintiff,

                                            **CERTIFICATE OF DEFAULT**

    -against-

BLANDFORD CONSTRUCTION CORP.,
CHRISTOPHER LICKMAN, and KEN LICKMAN

                Defendants.
------------------------------------------------------------------x

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that a review of the docket entries in the above-entitled action indicates that the defendant BLANDFORD CONSTRUCTION CORP. was served through the Secretary of State with the Summons and Complaint in the above-entitled action on November 20, 2007 and that proof of such service thereof was filed on January 22, 2008; and

that defendant KEN LICKMAN was served the Summons and Complaint in the above-entitled action on November 20, 2007, and that proof of such service thereof was filed on January 22, 2008; and

that the defendant CHRISTOPHER LICKMAN was served the Summons and Complaint in the above-entitled action on November 20, 2007, and that proof of such service thereof was filed on January 22, 2008.

I further certify that the docket entries indicate that defendants BLANDFORD CONSTRUCTION CORP., KEN LICKMAN, and CHRISTOPHER LICKMAN have not filed an answer or otherwise moved with respect to the complaint herein.

The default of the defendants BLANDFORD CONSTRUCTION CORP., KEN LICKMAN, and CHRISTOPHER LICKMAN are hereby noted.

Dated: New York, NY
_____, 2008

                J. Michael McMahon
                Clerk of the Court

              By:_____
                Deputy Clerk