# RUTHERFORD & CHRISTIE, LLP

NEW YORK        ATLANTA

February 22, 2008

*Via Facsimile:* (212) 805-6305
Honorable Judge Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Room 735
New York, New York 10007

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: FEB 2 5 2008

Re: *United National Insurance Company v. Blandford Construction Corp., Christopher Lickman, and Ken Lickman*
U.S.D.C., Southern District of New York,
Docket No.: 07-CV-10303 (PAC)
R&C File No.: 512.008

[Handwritten endorsement: February 25, 2008 — The request for a 60 day extension is denied. Any motion to intervene in the underlying action must be made within the next 20 days — no further adjournment is given. SO ORDERED. Paul Crotty]

Dear Judge Crotty:

We represent the plaintiff, 152 Wooster St. Corp., in an action pending in the Supreme Court of the State of New York, County of New York, captioned <u>152 Wooster St. Corp v. Tribeach Holdings LLC, et al.</u>, bearing Index Number 106005/2006 (referred herein as "the underlying action"). Blandford Construction Corp. is a defendant in the underlying action.

Blandford Construction Corp.'s insurance coverage in the underlying action is at issue in the matter before your Honor. United National Insurance Company has moved for a Default Judgment in the matter before your Honor for which responses are due on or before February 28, 2008. As my client, and possibly other parties in the underlying action, may be interested in requesting a leave of Court to intervene in the matter before your Honor, we respectfully request a sixty-day adjournment of United National Insurance Company's motion for Default Judgment in the above-referenced matter. Counsel for United National Insurance Company has refused to consent to the requested adjournment.

Thank you in advance, for your consideration of this request.

Respectfully submitted,

RUTHERFORD & CHRISTIE, LLP

By: /s/ Michael C. Becker
Michael C. Becker (MB 1536)

**MEMO ENDORSED**

369 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017-6506
(212) 599-5799
FACSIMILE (212) 599-5162

cc: ***Via First Class Mail***
Honorable Magistrate Judge Ronald L. Ellis
United States District Court
Southern District of New York
500 Pearl Street, Room 1970
New York, New York 10007

***Via Facsimile:*** **(516) 741-7676**
**MIRANDA SOKOLOFF SAMBURSKY SLONE VENIOTIS LLP**
Attention: Michael Miranda
Attorneys for United National Insurance Company
240 Mineola Boulevard
Mineola, New York 11501

***Via Facsimile:*** **(516) 222-2508**
**WHITE, QUINLAN & STALEY LLP**
Attention: Eugene Patrick Devany
Attorneys for TRIBEACH HOLDINGS LLC and
160 WOOSTER STREET LLC
377 Oak Street
Garden City, New York 11530

***Via Facsimile:*** **(212) 953-2462**
**RUBIN, FIORELLA & FRIEDMAN, LLP**
Attention: Paul Kovner
Attorneys FLINTLOCK CONST. SERVICES LLC
292 Madison Avenue, 11th Floor
New York, New York 10017

***Via Facsimile:*** **(914) 946-3814**
**BARRY, McTIERNAN & MOORE**
Attention: Thomas E. Muldoon
Attorneys for BLANDFORD COST. CORP
55 Church Street
White Plains, New York 10601

RUTHERFORD & CHRISTIE, LLP