UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED NATIONAL INSURANCE COMPANY,   Docket No.: 07-CV-10303
                                                         (PAC)
                Plaintiff,

                                            **CERTIFICATE OF DEFAULT**

      -against-

BLANDFORD CONSTRUCTION CORP.,
CHRISTOPHER LICKMAN, and KEN LICKMAN

                Defendants.
-------------------------------------------------------------x

    I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that a review of the docket entries in the above-entitled action indicates that the defendant BLANDFORD CONSTRUCTION CORP. was served through the Secretary of State with the Summons and Complaint in the above-entitled action on November 14, 2007 and that proof of such service thereof was filed on January 22, 2008; and

    that defendant KEN LICKMAN was served the Summons and Complaint in the above-entitled action on November 20, 2007, and that proof of such service thereof was filed on January 22, 2008; and

    that the defendant CHRISTOPHER LICKMAN was served the Summons and Complaint in the above-entitled action on November 20, 2007, and that proof of such service thereof was filed on January 22, 2008.

    I further certify that the docket entries indicate that defendants BLANDFORD CONSTRUCTION CORP., KEN LICKMAN, and CHRISTOPHER LICKMAN have not filed an answer or otherwise moved with respect to the complaint herein.

1

The default of the defendants BLANDFORD CONSTRUCTION CORP., KEN LICKMAN, and CHRISTOPHER LICKMAN are hereby noted.

Dated: New York, NY
       2/26    , 2008

                                          J. Michael McMahon
                                          Clerk of the Court

                                          By: _____
                                               Deputy Clerk