UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED NATIONAL INSURANCE COMPANY,

                                                 Docket No.: 07-CV-10303
                    Plaintiff,                         (PAC)

             -against-                     **NOTICE OF MOTION**

BLANDFORD CONSTRUCTION CORP.,
CHRISTOPHER LICKMAN, and KEN LICKMAN

                              Defendants.
------------------------------------------------------------x

**PLEASE TAKE NOTICE**, that upon the annexed Affirmation of Adam I. Kleinberg, dated January 30, 2008, and upon all prior pleadings and proceedings, the undersigned will move this Court before the Honorable Paul A. Crotty, on a date and time to be designated by the Court, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, for an order granting plaintiff, UNITED NATIONAL INSRUANCE COMPANY, a default judgment as against defendants BLANDFORD CONSTRUCTION CORP., CHRISTOPHER LICKMAN, and KEN LICKMAN, pursuant to Rule 55 of the Federal Rules of Civil Procedure, declaring that UNITED NATIONAL INSURANCE COMPANY is not obligated to defend or indemnify defendants BLANDFORD CONSTRUCTION CORP., CHRISTOPHER LICKMAN, and KEN LICKMAN in the action entitled *152 Wooster Street Corp. vs. Tribeach Holding, LLC, 160 Wooster Street, LLC, Flintlock Construction Services, LLC, Blandford Construction Corp., and Thomas O'Hara Architects, PLLC*, Index Number 106005/06, in the Supreme Court of the State of New York, New York County, on the ground that they have failed to timely answer and/or otherwise move with respect to the complaint in this action, and for such other and further relief as this Court

1

deems just, equitable, and proper.

Dated: Mineola, New York
      January 30, 2008

    MIRANDA SOKOLOFF SAMBURSKY
    SLONE VERVENIOTIS LLP
    Attorneys for Plaintiff
    **UNITED NATIONAL**
    **INSURANCE COMPANY**

By: _____
Michael A. Miranda (MAM-6413)
Adam I. Kleinberg  (AIK-0468)
240 Mineola Boulevard
The Esposito Building
Mineola, New York 11501
(516) 741-7676
Our File No.: 07-602

TO:    Blandford Construction Corp.
       60 Coffey Street
       Brooklyn, NY 11231

       Christopher Lickman
       629 Maple Avenue
       Elizabeth, NJ 07202

       Ken Lickman
       19 Zaleski Drive
       Sayreville, NJ 08872-1860