UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED NATIONAL INSURANCE COMPANY,

                        Plaintiff,

                -against-

BLANDFORD      CONSTRUCTION      CORP.,
CHRISTOPHER LICKMAN, and KEN LICKMAN

                      Defendants.
---------------------------------------------------------------x

Docket No.: 07-CV-10303
         (PAC)

**DEFAULT  JUDGMENT**

This action having been commenced on November 14, 2007, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on defendant Blandford Construction Corp., on November 20, 2007, upon defendants Ken Lickman and Christopher Lickman, on November 20, 2007, and proof of service having been filed on January 22, 2008, the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: that the plaintiff, United National Insurance Company, is not obligated to defend or indemnify the defendants, Blandford Construction Company, Ken Lickman, and/or Christopher Lickman, in the action entitled *152 Wooster Street Corp. vs. Tribeach Holding, LLC, 160 Wooster Street, LLC, Flintlock Construction Services, LLC, Blandford Construction Corp., and Thomas O'Hara Architects, PLLC*, under Index Number 106005/06, in the Supreme Court of the State of

New York, New York County.

Dated: New York, NY
        _____, 2008

                           _____
                           U.S.D.J.

                           This document was entered on the docket on

                           _____.